**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allan S. MacDonald, | No. CV 03-0374-PHX-SMM (VAM) |
| Plaintiff, | No. CV 03-1584-PHX-SMM (VAM) |
| vs. | **ORDER** |
| Maricopa County, et al., | |
| Defendants. | |

Pending before the Court is a Stipulation to Dismiss this Consolidated Case With Prejudice filed by Plaintiff Allan S. MacDonald and Defendants Maricopa County, Sheriff Joseph M. Arpaio, David Hendershott, Jerry Sheridan, Tracy Ruth Haggard, Max Wilson, Fulton Brock, Don Stapley, Andrew Kunasek, Mary Rose Wilcox, David Smith, Sandi Wilson, Dr. Jonathan Weisbuch, M.D., Dr. Joseph D. Scalzo, M.D., Dr. Gale Steinhauser, M.D., Mary Daley, Trista Campbell, Dr. Victor Gan, M.D., Clair Eugene Thompson, P.A., Stephanie Gallardo, R.N., Lechtie Fream, R.N., Diane Butler, R.N., Pam Brooks, L.P.N., Pinnkey Smith, L.P.N., Donald J. Chaffee, M.A., Christine Malta, M.A., A.R. Allyn, Manuel Saldivar, Dallas D. Uphold (collectively, "Defendants"). (Dkt. 251.) Good cause appearing,

**IT IS HEREBY ORDERED** that the parties' Stipulation To Dismiss this Consolidated Case With Prejudice is **GRANTED**. (Dkt. 251.)

**IT IS FURTHER ORDERED** that this consolidated cases be **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

/ / /

/ / /

**IT IS FURTHER ORDERED VACATING** any and all remaining deadlines in this consolidated case.

DATED this 3rd day of January, 2007.

_____
Stephen M. McNamee
United States District Judge